2

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_PANAMA  CITY_ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

CRAIG ANDRA MOORE

Inmate # _E - 252244_ .

(Enter full name of Plaintiff)

vs.

CASE NO: _5:10cv5 RS-AK_

(To be assigned by Clerk)

MR. WALTER MCNEIL, D.O.C. SECRETARY
MR. JOHN PALMER, APACI, WARDEN, FLA. D.O.C,
MR. HAROLD PARKER, PRIMARY CARE PROVIDER, APACI
MR. COX, CMTC, APACI/WEST
MR. C. G. ATKINS, ASST. WARDEN, FLA. D.O.C.

(Enter name and title of each Defendant.

If additional space is required, use the

blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

Rec'd 0119*10UsDcFln1PM0227

KM

Filed 0114*10UsDcFln5AM1120

I. **PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: CRAIG ANDRA MOORE

Inmate Number D.C. #252244

Prison or Jail: APALACHEE CORRECTIONAL INSTITUTION, E/U

Mailing address: 35 APALACHEE DRIVE
SNEADS, FL 32460
(850) 718-0497

II. **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: WALTER A. McNEIL
Official position: SECRETARY, FLORIDA DEPT. OF CORRECTIONS
Employed at: FLORIDA DEPT. OF CORRECTIONS
Mailing address: 2601 BLAIRSTONE ROAD
TALLAHASSEE, FLORIDA 32399 (850)488-5021

(2) Defendant's name: MR. JOHN PALMER
Official position: WARDEN, APALACHEE CORRECTIONAL INSTITUTION
Employed at: APALACHEE CORRECTIONAL INST. (FLA. DOC)
Mailing address: 35 APALACHEE DRIVE
SNEADS, FLORIDA 32460 (850) 718-0497

(3) Defendant's name: MR. HAROLD PARKER
Official position: ARNP/PRIMARY CARE PROVIDER
Employed at: APALACHEE CORR. INST./WEST UNIT
Mailing address: 52 WEST UNIT DRIVE
SNEADS, FLORIDA 32460
(850) 718-0497

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

(4) DEFENDANT'S NAME: MR. COX

OFFICIAL POSITION: CMTC/MEDICAL DEPARTMENT

EMPLOYED AT: APALACHEE CORRECTIONAL INST.

MAILING ADDRESS: 52 WEST UNIT DRIVE
SNEADS, FLORIDA 32460
(850) 718-0497

(5) DEFENDANT'S NAME: MR. C. G. ATKINS

OFFICIAL POSITION: ASST. WARDEN FOR PROGRAMS

EMPLOYED AT: APALACHEE CORRECTIONAL INST.

MAILING ADDRESS: 35 APALACHEE DRIVE

SNEADS, FLORIDA 32460
(850) 718-0497

# LEGAL MAIL

(2A)

NOTE: THE COURT WILL NOT REVIEW THE MERITS OF THE COMPLAINT UNLESS THE
FOLLOWING QUESTIONS HAVE BEEN ANSWERED REGARDING EXHAUSTION OF
ADMINISTRATIVE REMEDIES AND ANY PRIOR LAWSUITS THAT HAVE BEEN FILED.

## III.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding
conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff
must submit copies of all grievances, appeals, and responses with this complaint to verify
exhaustion. Failure to demonstrate exhaustion may be grounds for dismissal.

## A.    DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FLORIDA
DEPARTMENT OF CORRECTIONS?

Yes( ✓ )                     No( )

[If your answer is NO, proceed to Question B. If your answer is YES, answer all
of the following questions in this subsection.]

**1.    Informal Grievance**

a.    Did you submit an informal grievance?

Yes( ✓ )                     No( )

❖ If so, you must attach a copy of the grievance and response; exhibit _A_ .

b.    If not, why? ___NON-APPLICABLE___

**2.    Formal Grievance**

a.    Did you submit a formal grievance?

Yes( ✓ )                     No( )

❖ If so, you must attach a copy of the grievance and response; exhibit _B_ .

b.    If not, why? ___NON-APPLICABLE___

**3.    Appeal to the Office of the Secretary**

a.    Did you submit an appeal to the Office of the Secretary?

Yes( X )                     No( )

❖ If so, you must attach a copy of the appeal and response; exhibit _C_ .

b.    If not, why? ___NON-APPLICABLE___

3

4.    **Disciplinary Actions**

a.    Did you have a disciplinary hearing concerning this matter?

      Yes( )             No(✗)

      ❖  If so, you must attach a copy of the disciplinary report and disciplinary hearing team's findings and decision to this form; exhibit _N/A_

b.    Did you lose gaintime as a result of the disciplinary hearing?

      Yes( )             No(✗)

c.    Has the gaintime since been restored?     &gt; _NON-APPLICABLE_

      Yes( )             No(✗)

**B.    DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY JAIL OR DETENTION CENTER?**

      Yes( )             No(✗)

[If your answer is NO, proceed to Section IV of the complaint form.
If your answer is YES, answer the following questions.]

1.    Is there a grievance procedure at your institution or jail?

      Yes( )             No( )    _N/A_

[If your answer is NO, proceed to Section IV of the complaint form. If your answer is YES, answer all of the following questions in this subsection.]

2.    Did you submit a grievance concerning the facts relating to your complaint?

      Yes( )             No( )    _N/A_

3.    If your answer is YES:

a. What steps did you take? _____ _N/A_

b. What were the results? _____ _N/A_

❖ If so, you must attach a copy of the grievance and response; exhibit _N/A_

4.    If your answer is NO, explain why not: _____ _N/A_
_____

NOTE: FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL
OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED,
THAT FACT MUST BE DISCLOSED AS WELL.

## IV. PREVIOUS LAWSUITS

A. Have you initiated other actions in **state court** dealing with the same or similar
facts/issues involved in this action?
Yes( )           No(X)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. Name of judge: _____   Case #: _____
3. County and judicial circuit: _____
4. Name of judge: _____
5. Approximate filing date: _____
6. If not still pending, date of dismissal: _____
7. Reason for dismissal: _____
8. Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar
facts/issues involved in this action?

Yes( )           No(X)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list other federal court cases.)**

C.  Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes ☒              No ( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a.  Plaintiff(s): _STATE OF FLORIDA_
   b.  Defendant(s): _CRAIG ANDRA MOORE_ _PINELLAS_
2. District and judicial division: _6TH JUDICIAL CIRCUIT/ COUNTY, FL_
3. Name of judge: _CYNTHA J. NEWTON_ Case #: _06-23323 CRANO_
4. Approximate filing date: _OCTOBER '08- MAY '09_
5. If not still pending, date of dismissal: _NON-APPLICABLE_
6. Reason for dismissal: _NONE-APPLICABLE_
7. Facts and claims of case: _3,800, 3,850, AND WRIT OF HABEAS CORPUS/"616L10"+ BRADY VIOLATIONS"_

   **(Attach additional pages as necessary to list cases.)**

D.  Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes ( ✓ )              No ( )

1. Parties to previous action:
   a.  Plaintiff(s): _CRAIG ANDRA MOORE_
   b.  Defendant(s): _CAN'T REMEMBER_
2. District and judicial division: _MIDDLE DISTRICT/ TAMPA DIVISION_
3. Name of judge: _CAN'T REMEMBER_ Case Docket # _CAN'T REMEMBER_
4. Approximate filing date: _2002_  Dismissal date: _2003_
5. Reason for dismissal: _FAILING TO STATE CLAIM/PRIOR TO_

   **(Attach additional pages as necessary to list cases.)** _SERVICE_

6

## V.   STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  Do not make any legal arguments or cite to any cases or statutes.  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

ON 2/27/09 WHILE AN INPATIENT IN THE INFIRMARY @ APALACHEE CORRECTIONAL INSTITUTION/WEST UNIT I WAS RELUCTANTLY ADAMANT ABOUT ARNP H. PARKER GIVING ME AN ANAL EXAMINATION IN THE INFIRMARY WITH A CORRECTIONAL OFFICER AND FOUR (4) OTHER INMATE/INPATIENTS ALSO PRESENT IN THE INFIRMARY, AT NO TIME DID ARNP H. PARKER TAKE INTO CONSIDERATION MY PRIVACY/CONFIDENTIALITY, AND OUTRIGHT VIOLATED MY CIVIL RIGHTS PURSUANT TO DUE PROCESS, EQUAL PROTECTION, AND THE PROHIBITION AGAINST CRUEL AND UNUSUAL PUNISHMENT UNDER THE 8TH AND 14TH AMENDMENT TO THE UNITED STATES CONSTITUTION AND APPLICABLE PROVISIONS OF STATE LAW IN THE STATE OF FLORIDA. HE BASICALLY "FORCED" ME INTO RELUCTANTLY GIVING IN AND GAVE ME AN ANAL EXAMINATION IN WHICH THERE WAS CLEARLY AN ULTERIOR MOTIVE OF A SEXUAL MANNER, THE REGIONAL I DIRECTOR AND THE WARDEN WERE IMMEDIATELY NOTIFIED, IN WHICH THEY ONLY REFERRED THIS BREACH/SEXUAL MISCONDUCT TO THE OFFICE OF THE ATTORNEY GENERAL IN CENTRAL OFFICE WHO HASN'T TAKEN ANY ACTION UP TO THIS POINT, ON 5/23/09 AND 11/9/09 ARNP HAROLD PARKER USED SOME "BRIBE" TACTICS TO DISSUADE ANY FUTURE PROSECUTION, WARDEN JOHN PALMER HAVE BASICALLY NOT DONE ANYTHING AT ALL, THE PLAINTIFF FEELS "VIOLATED" HERE, AND IS CURRENTLY BEING INVOLUNTARILY SUBJECTED TO AN INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, RETALIATION AND COERCION.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

1) DUE PROCESS AND EQUAL PROTECTION / 14TH AMENDMENT
2) CRUEL AND UNUSUAL PUNISHMENT / 8TH AMENDMENT
3) FLORIDA TORT CLAIMS ACT, F.S. § 768.28
4) MEDICAL NEGLIGENCE PURSUANT TO F.S. § 766
5) SEXUAL MISCONDUCT, F.S. § 944.35 (b)(1)(2)(3)(c)(d)
6) HIPPA / PRIVACY ACT / CONFIDENTIALITY BREACH / VIOLATIONS
7) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
8) F.A.C. CHAPTER 33
9) "RESPONDEAT SUPERIOR" DOCTRINE

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

1) INJUNCTIVE / PRELIMINARY RELIEF OF ISSUING A COURT ORDER TO REMOVE PLAINTIFF FROM ADACI
2) FIND MERIT IN THE PLAINTIFF'S COMPLAINT AND SET FOR JURY TRIAL
3) CONSIDERING GRANTING OF SUMMARY JUDGMENT AGAINST ALL THE DEFENDANTS
4) ANY REMEDY OR RELIEF THIS COURT DEEMS PROPER,

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

12/22/09
1/10/10
(Date)

_(Signature of Plaintiff)_

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☒ deposited in the prison's internal mail system on:
the 22ND day of DECEMBER, 20 09.
10TH " " JANUARY, 2010

_(Signature of Plaintiff)_

Revised 07/02

8

5:10cv5 RS-AK

# EXHIBITS

# "A" "B" & "C"

# (CONSOLIDATED EVIDENCE)

Rec#01119*10UsDcFIn1PM0228

KM

**LEGAL MAIL**



**LEGAL MAIL**

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: ACI-WEST

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classif'n<br>☐ Sec | ☒ Medical<br>☐ Dental CHO DR. CHERRY | ☐ Other | EAST<br>UNIT |

| FROM: | Inmate Name<br>CRAIG ANDRA MOORE | DC Number<br>252244 | Quarters<br>O1-1185 | Job Assignment<br>COOK<br>FOOD SERV. | Date<br>6/13/08 |

**REQUEST** INFORMAL GRIEVANCE.

I'VE CONTINUED TO HAVE PROBLEMS WITH MY FEET AND THE CIR-
CULATION IN MY LEGS. I'VE REPEATEDLY EXPRESSED THIS CHRONIC
AILMENT TO THE MEDICAL STAFF @ RMC AND HERE @ ACI
WEST UNIT WITH ARNP PARKER. ARNP PARKER HAS OUTRIGHT
REFUSED TO GIVE ME A MEDICAL CONSULT TO HAVE THIS SITUATION
PROFESSIONALLY EVALUATED. TRUE ENOUGH I'M A ROBUST 271
POUNDS WHICH COULD BE A CONTRIBUTING FACTOR, BUT THIS PROB-
LEM EVEN BOTHERED ME WHEN I'M AT MY NORMAL BODY WEIGHT,
OF 235 LBS. I HAVE NO ARCHES ON EITHER FEET AND THE
STRESS ON MY FEET IS ALSO BEGINNING TO AFFECT THE UPPER HALF
OF MY FEET. I HAVE ALL THE SYMPTOMS OF A DIABETIC. THE
V.A. WOULD BE MORE THAN WILLING TO ACCOMODATE ME WITH THE
PROPER FOOTWEAR IF D.O.C. WON'T. CAN YOU HELP ME? THANK YOU.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** **DATE RECEIVED:** _____

I am returning this due to improper procedure.

Kristy Pumphrey
Apalachee C.I.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ **H.I.S.** (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): K M Ohnen - HIS | Date: 6 18 08 |

Distribution: White -Returned to Inmate -Retained by official responding, or if the response is to an
Canary -Returned to Inmate ____ informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE REQUEST**

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _ACI-WEST_

| TO: (Check One) | ☐ Warden  ☒ Asst. Warden | ☐ Classification  ☐ Security | ☒ Medical  ☒ Mental Health | ☐ Dental  ☐ Other  C. ATKINS |
|---|---|---|---|---|

| FROM: | Inmate Name  CRAIG ANDRA Mauger | DC Number  82244 | Quarters  A1-156S | Job Assignment  INSIDE GROUNDS | Date  2/11/09 |
|---|---|---|---|---|---|

**REQUEST**

I'VE HAD ACUTE & ACTIVE PROBLEMS OF A CHRONIC
AND ONGOING NATURE SINCE I ARRIVED HERE IN EARLY APRIL
2008 I'VE BEEN TO RMC ON 3 DIFFERENT OCCASIONS SINCE
JULY OF 2008, AND STILL NO REAL DIAGNOSIN OF MY
MEDICAL CONDITION IN A TOTAL OF 17 WEEKS @ RMC WITH
18 DAYS UNDER QUARANTINE FOR A VIRUS THAT WAS CONTRAC-
TED IN FOOD SERVICE @ RMC-WEST FROM 12/26/08
- 1/2/09. ARNP PARKER DOESN'T EVEN KNOW THE CONTRACTED
OUT GASTRO-SPECIALST DR. STAH, BUT YET AFTER I
TELL HIM THAT I NEED A SECOND OPINION, HE TELLS ME HE
CAN'T ENSURE ME THAT I'LL GET ANOTHER DR. SO I REFUSED
I WOULD LIKE TO HAVE A FACE TO FACE INTERVIEW WITH
YOU TO DISCUSS MY OPTIONS. THANK YOU!

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                    **DATE RECEIVED:**

Medical - Clark

Watah for call out with
Mr. Parkins,

RECEIVED
FEB 1 3 2009
APALACHEE C.I
MEDICAL
RECORDS
WEST UNIT

FEB 23 2009
DATE RECEIVED

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Mr. Lof | Date: | 2.26-09 |
|---|---|---|---|

Distribution:   White   -Returned to Inmate      Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate                informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

*Violation*
*ADA Violation*

**INMATE REQUEST**

_STATE_ OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _ACI/WEST_

MR.
PACMER

| TO: (Check One) | ☒ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name CRAIG MOORE | DC Number 253244 | Quarters A1-156J | Job Assignment FIELD FORCE | Date 2/26/08 |
|---|---|---|---|---|---|

**REQUEST**   _INFORMAL GRIEVANCE_

ON 2/24/09 I WENT TO SICK CALL AND WAS TRIAGED BY CMTC COX, WHO IS NOT A NURSE AND TOLD HIM THAT I STILL HAVE ABDOMINAL PAIN IN MY UPPER LEFT QUADRANT OF MY ABDOMEN, AND THAT THE 800 MG IBUPROFEN THAT HE PRESCRIBED TO ME THIS MONTH, DOES NOT WORK, HE TOLD ME THAT I WOULD SEE ARNP PARKER BY THE END OF THE WEEK, HE PROMISED ME, STILL IN GRIMACING PAIN, I RETURNED TO SICK CALL ON 2/26/09 AND CMTC COX REFUSED TO EVEN TRIAGE ME AT ALL EVEN THOUGH I TOLD HIM THAT I ONLY HAD 4 DOSES OF 800 MG LEFT, AND MY PRESCRIPTION WASN'T SCHEDULED TO BE REFILLED UNTIL 3/5/09. HE REFUSED TO SEE ME AT ALL, AND TOLD ME TO GO TO WORK, THE CORRECTIONAL MEDICAL AUTHORITY ADVISED ME TO WRITE THEM IF I HAD ANY OTHER PROBLEMS, I'D APPRECIATE IF YOU GOT ME BACK TO

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

_RMC_
_THANK YOU!_
09-03-0632

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                    DATE RECEIVED: **3-3-09**

You returned to Sick Call on 2/27/09, not 2/26/09 +
Mr. Cox treated you per Policy + Procedure. Mr. Cox
referred you to Mr. Parker + you were seen on the
same day. Mr. Parker treated you per Policy + Procedure +
you are being followed up for your medical issues.
You had signed a refusal for RMC + taken off the list
for treatment @ RMC. At your next appointment with the
ARNP you need to address the RMC appointment or you
can initiate the Sick Call System.
Denied

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): K. Humphrey-HIS | Date: 3/4/09 |
|---|---|

Distribution:   White   -Returned to Inmate      Pink   -Retained by official responding, or if the response is to an
              Canary  -Returned to Inmate                informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: *ACI-WEST*

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☒ Medical ☐ Mental Health | ☐ Dental *ARNP PARKER* ☐ Other *MS. K. PUMPHREY* |
|---|---|---|---|---|

| FROM: | Inmate Name *CRAIG ANDRE MOORE* | DC Number *252244* | Quarters *E2-112C* | Job Assignment *FOOD SERVICE* | Date *3/5/09* |
|---|---|---|---|---|---|

**REQUEST**

I'VE BEEN EXTREMELY PATIENT WITH RMC AND DR. GAURANG SHAH. ARNP PARKER HAS GOOD INTENTIONS, BUT AFTER CONVERSING WITH INDEPENDENT COUNSEL AND MY FAMILY, I'VE DECIDED TO FOREGO ANOTHER TRIP TO RMC FOR LEGAL AND LIABILITY REASONS AND UNLESS, YOU CAN ACCOMODATE ME SEEING A NEW GASTRO-SPECIALIST AT EITHER CFRC OR THE DEPARTMENT OF VETERAN AFFAIRS, I DON'T WANT TO SEE NO DOCTOR FOR MY CHRONIC DIGESTIVE PROBLEMS. I'M CLOSE TO GOING BACK TO OUTSIDE COURT, AND WILL ADDRESS THAT ISSUE EITHER IN COURT OR WITH A THIRD PARTY PHYSICIAN. I WILL JUST CONTINUE TO TAKE PAIN MEDICATION AND COME TO SICK CALL WHEN REALLY NEEDED, THANKS, BUT NO MORE RMC! THANKS!

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                    DATE RECEIVED:

**DATE RECEIVED**

MAR 06 2009

ACI WEST UNIT
MEDICAL RECORDS

You had appt on 3-10-09 with mr Parker.
You will not be going to RMC.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: 3-12-09 |
|---|---|

Distribution:   White   -Returned to Inmate       Pink   Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate              informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

RS 1983 & 1985 VIOLATIONS

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

## INMATE REQUEST

Mail Number:
Team Number:
Institution: ACI-WEST

BREACH OF CONFIDENTIALITY
& SEXUAL MISCONDUCT BY STAFF (MEDICAL)

(Instructions on Back)

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☒ Medical ☐ Dental | ☐ Other M.S. HUMPHREY |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | CRAIG ANDRA MOORE | 252544 | 102C | SERVICE | 4/19/09 |

**REQUEST** INFORMAL GRIEVANCE

PLEASE BE ADVISED THAT I'VE CONTACTED MS. MURDINA
CAMBELL OF THE CORRECTIONAL MEDICAL AUTHORITY AND
MY FRIEND MR. FRANK PETERMAN, JR. (SECRETARY OF
THE DEPARTMENT OF JUVENILE JUSTICE) TO FAMILY GET
IN TOUCH WITH THE GOVERNOR, MR. CHARLIE CRIST, AND
GIVE HIM FIRST HAND KNOWLEDGE HOW MEDICAL MENTAL
HEALTH AND THE MEDICAL ADMINISTRATION AT THIS INSTIT-
UTION HAVE UNWANTENLY TREATED ME IN THE 12 1/2 MONTHS
THAT I'VE BEEN HERE, AND THAT IT'S A CONFLICT OF INTEREST
TO HAVE ME STILL BE CONFINED AT THIS INSTITUTION IN LIGHT
OF A NOTICE OF INTENT TO SUE BEING FILED AGAINST ARNP
H. PARKER AND POSSIBLE SEXUAL MISCONDUCT BEING INVESTIGATED
BY THE OFFICE OF THE ATTORNEY GENERAL, UNDER F.S. 944.35.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All
informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** DATE RECEIVED:

The grievance proved is not designed
to advised of your intent to sue therefore
This is being treated as an inmate request. If you
have specific information of allegations (date, time, place, out
incident) and you would like to file a grievance then please
do so.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | [signature] | Date: 4/23/09 |

Distribution: White -Returned to Inmate
Canary -Returned to Inmate
Pink -Retained by official responding, or if the response is to an
informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

AMENDED NOTICE OF INTENT
NEGLIGENCE & MEDICAL NEGLIGENCE

To: Department of Insurance (and)
Division of Risk Management
Bureau of State Liability Claims
Larson Building G-71
Tallahassee, FL 32399-0300

WALTER A. MCNEIL,
Secretary, Florida
Department of Corrections
2601 Blair Stone Road
Tallahassee, FL 32399-2500

**RE: NOTICE OF INTENT**

D.C. #252244

YOU ARE HEREBY NOTIFIED THAT *CRAIG ANANA MOORE* intends
to file a tort claims action for money damages against the
Florida Department of Corrections under the provisions of Fla.
Stat. § 766. 203 (2); 766.106; 766.110 (2008); F.S.§ 768.28 (1955)

1. Claimant's address is: Apalachee Correctional Institution
West, 52 West Unit Drive, Sneads, FL 32460-4162.

2. This claim arose from negligence which occurred on the *20TH*
day of *NOVEMBER*, 2008, when *ARNP H. PARKER, THE*
CHIEF HEALTH OFFICER, OF THE APALACHEE CORRECTIONAL
INSTITUTION/WEST UNIT, OUTRIGHT REFUSED TO MONITOR
QUALITY ASSURANCE OF THE CLAIMANTS ACUTE DIGESTIVE
AILMENTS BY REFERRING THE CLAIMANT TO THE MEDICAL
(See attachment for continuation - yes (x ) No ( )

3. As a result of the negligence, claimant incurred injuries
or damages for which this claim is initiated.

4. Claimant's injuries were proximately caused by the wrongful
acts or omissions of employees of the Florida Department of
Corrections while acting within the course and scope of
their employment.

Executed this *20TH* day of *APRIL*, 200*9*.

/S/ Clay Cuba Theone
CRAIG ANORE

DC # 252244 , Dorm E2-102L
Apalachee Correctional Institution
52 West Unit Drive - West Unit
Sneads, FL 32460-4162

EXERCISE AND CARE OF THE RECEPTION & MEDICAL
CENTER OF THE DEPARTMENT OF CORRECTIONS AT LAKE
BUTLER, FLORIDA, ARNO H. PARKER DEFERRED THE RESP-
ONSIBILITY OF THE CLAIMANTS PRIMARY CARE FOR HIS
ACUTE DIGESTIVE DISORDER TO A CONTRACTED GASTRO-
SPECIALIST, DR. GAURANG SHAH, ON OR ABOUT 7/17/08
— 1/27/08 IN WHICH THE PLAINTIFF WAS AT RMC ON
THREE DIFFERENT OCCASIONS FOR DIAGNOSTIC TREATMENT
AND/OR AN ENDOSCOPY/COLENOSCOPY ON 1/14/08. THE
CLAIMANT/PLAINTIFF ACTUALLY HAD HIS COLONOSCOPY CON-
CLUSIVELY DONE ON 1/14/08, BUT YET THE CLAIMANT/
PLAINTIFF IS STILL IN ABDOMINAL DISTRESS WITH NO
TRUE DIAGNOSIS IN SIGHT, ARNO PARKER HAS TRIED
TO COERCE THE PLAINTIFF UNDER DURESS AND COERCION TO
RETURN TO RMC TO SEE DR. GAURANG SHAH TO NO
AVAIL, IN WHICH THE PLAINTIFF HAS ADAMANTLY REIT-
ERATED THAT HE WOULD LIKE A SECOND OPINION FROM
ANOTHER INDEPENDENT SPECIALIST FOR THE DIGNITY
AND HUMANE TREATMENT OF THE FLORIDA STATUTES
AND THE PATIENT BILL OF RIGHTS. THE PLAINTIFF
HAS SUFFERED EXTREME EMOTIONAL AND MENTAL DISTRESS
PURSUANT TO2 NEGLIGENT INFLICTION OF EMOTIONAL
DISTRESS BY HEALTH CARE PROVIDER, 16 AM JUR, PROOF
OF FACTS 3d 189, THE POST-TRAUMATIC STRESS
PURSUANT TO 19 AM JUR PROOF OF FACTS 2d 75, THE
PLAINTIFF/CLAIMANT IS STILL SUFFERING AS WE SPEAK
BECAUSE OF THE UNCERTAINTY OF WHAT HIS TRUE
ILLNESS IS, AND THE CULPABLE MEDICAL MALPRACTICE
AND NEGLIGENCE THAT SURROUNDS THIS PROVIDER, DR.
SHAH AND ARNO PARKER FROM GROSS MISE OF NEGLIGENCE,

1) BLOOD
2) MEDS FOR DEPRESSION & ANXIETY NOT WORKING, NEED MORE
3) ANXIETY WITH CHEST
PAINS & SHORTNESS
OF BREATH

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**INMATE SICK-CALL REQUEST**

Date: 5/14/09          Time: 9:00 A.M.

Inmate Name: CRAIE A. MCCRE   DC#: 252244

Housing assignment: 4/105L

Job assignment: FOOD SERVICE

Problem:

☐ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain): _____

☑ Mental Health

☐ Dental

☑ Medical (explain): NAPROXEN NOT WORKING FOR ABDOM-
INAL PAIN. SMALL TRACES OF BLOOD WHEN
I WIPE. HAVE AN INFLAMED EYE IN MY
RIGHT EYE THAT WON'T GO DOWN AND DRA-
WHEN I SLEEP. EXTREME MOOD SWINGS. RIGHT
NOW AND NEED IMMEDIATE & INTENSE TREATMENT
FOR DEPRESSION IN THAT I'M HEARING VOICES
IN MY HEAD.

When did problem/symptoms start? DECEMBER W PSYCH EMERGENCY
ON THE MORNING OF 5/14/09 BUT WAS IGNORED
BY SECURITY IN CONFINEMENT. FEELING EXTREMELY
WORTHLESS. THE LAST 24 HOURS THAT I'VE BEEN
CONFINED FOR NO REASON NEED TO SEE MENTAL
HEALTH.

Inmate Name: CRAIE MCCRE
DC#: 252244          Race/Sex: B/M
Date of Birth: 5/15/9
Institution: APALACHEE - WEST U. 7

**INMATE SICK-CALL REQUEST**
DC4-698A (1/05)

Distribution:  Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval of the Director for Health
Services Administration.

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**INMATE SICK-CALL REQUEST**

*COPY*

Date: 5/16/09　　　　　Time: 7:00 P.M.

Inmate Name: CRAIG A. MOORE　DC#: 252244

Housing assignment: YY-105L

Job assignment: UNASSIGNED / CONFINEMENT

Problem:

☐　Pass/pass renewal

☒　Medication renewal SUNBLOCK RENEWAL ON 5/7/09

☒　Need information (explain): THE STATUS OF MY RMC CONSULT
☒　TO RMC-SEE IF IT CAN BE CHANGED TO CFRC
　　Mental Health — TO HAVE ME REFERRED TO SEE THE PSY GH /
☒　TO RE-EVALUATE MY MEDS Dr. LOWIS will be notified of
☐　Dental the inmates desire/need. JWS SR. PSYCHOLOGIST
J.W. SCOTT, Ph.D
☒　Medical (explain): HAVE HAD INTERMITTENT CHEST PAIN AT/ACV/RJWC
A LOT RECENTLY AND MY BREATH IS NOTICABLY
SHORT; THE NAPROXEN DOESN'T WORK FOR MY
ABDOMINAL PAIN ANYMORE AND I'M UP ALL NIGHT
WITH THE PAIN; CAN'T SEE PARKER BECAUSE
OF PENDING LEGAL ISSUES, AND NEED TO SEE
ANOTHER ARNP OR MD SOON

When did problem/symptoms start? ONGOING & CHRONIC PROBLEM
IN WHICH I NEED A DIAGNOSIS & PROGNOSIS
TO FINALLY GIVE ME SOME COMFORT; IT BEEN
A YEAR AND A HALF SINCE THIS HAS BOTHERED ME,
NEED SOME CLOSURE

Inmate Name CRAIG ANDRA MOORE
DC# 252244　　Race/Sex B/M
Date of Birth 5/5/59
Institution ACI-WEST

Distribution:　Original—Nursing Supervisor
　　　　　Pink—Inmate (special housing only-otherwise
　　　　　destroy copy)
This form is not to be amended, revised, or altered
without approval of the Director for Health
Services Administration.

INMATE SICK-CALL REQUEST
DC4-698A (1/05)

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
## INMATE SICK-CALL REQUEST

Date: 5/20/09      Time: 4:00 A.M.

Inmate Name: CRAIG A. MOORE    DC#: 252244

Housing assignment: Y-105L

Job assignment: UNASSIGNED

**RECEIVED**

MAY 2 0 2009

APALACHEE CI
MENTAL HEALTH

Problem:

☐ Pass/pass renewal

☒ Medication renewal —BENADRYL & TEGRATOL NOT WORKING;
NEED NEW EVALUATION OF MEDS; VERY HYPER &
☐ Need information (explain): _____ PARANOID

☒ Mental Health —NEED TO SEE DR. LEWIS ASAP
The inmate next Sched'd appt w/ Dr. Lewis is 7/17/09.
☐ Dental I'm scheduled to go to RMC 6/10/09

☒ Medical (explain): STILL NOT FEELING WELL AND
HAVING SEVERE ABDOMINAL PAIN & CONSTIPATION;
STYE IN MY RIGHT EYELID THAT HURTS A LOT;
TOENAILS ON BOTH FEET ARE EXTREMELY PAINFUL
AND NEEDS TO BE CUT AS SOON AS POSSIBLE;
HAVE RASH ON MY UPPER RIGHT THIGH & BUTTOCK;
OCCASIONAL CHEST PAIN & SHORTNESS OF BREATH
AND A LOT OF DISCOMFORT & NOT SLEEPING

When did problem/symptoms start? _____

CHRONIC & ONGOING

Inmate Name CRAIG A. MOORE
DC# 252244   Race/Sex B/M
Date of Birth 5/5/59
Institution ACI-WEST

Distribution: Original—Nursing Supervisor
     Pink—Inmate (special housing only-otherwise
         destroy copy)
     This form is not to be amended, revised, or altered
     without approval of the Director for Health
     Services Administration.

**INMATE SICK-CALL REQUEST**
DC4-698A (1/05)

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: _5/20/09_  Time: _7:00 A.m._

Inmate Name: _Craig A Moore_  DC#: _052214_

Housing assignment: _4-105L_

Job assignment: _UNASSIGNED_

Problem:

☐ Pass/pass renewal

☒ Medication renewal - _Benadryl & Tegratol Not Working_
_Need New Evaluation of Meds; Very Improper &_
☐ Need information (explain): _Paranoid_

☒ Mental Health - _Need to see Dr. Lewis ASAP_

☐ Dental

☒ Medical (explain): _Still Not Feeling Well And_
_Having Severe Abdominal Pain & Constipation_
_Stye In My Right Eye (10 That Hurts a Lot,_
_Toenails On Both Feet Are Extremely Painful_
_And Needs To Be Cut (1) Iron Nail Posible)_
_Have Rash On My Upper Right T-6 & Buttock_
_Occasional Chest Pain & Shortness of Breath_
_And A Lot of Dizziness & Not Sleeping_

When did problem/symptoms start?

_Chronic & Ongoing_

**Inmate Name** _Craig A. Moore_
**DC#** _052214_  **Race/Sex** _B/M_
**Date of Birth** _5/3/59_
**Institution** _FloT Corr._

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval of the Director for Health
Services Administration.

**INMATE SICK-CALL REQUEST**
**DC4-698A (1/05)**

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**INMATE SICK-CALL REQUEST**

Date: 5/22/09                    Time: 8:00 A.m.

Inmate Name: _____ DC#: _____

Housing assignment: _____

Job assignment: _____

Problem:

☒  Pass/pass renewal

☒  Medication renewal

☒  Need information (explain):

☒  Mental Health

☐  Dental

☒  Medical (explain):

When did problem/symptoms start?

**Inmate Name** _____
**DC#** _____  **Race/Sex** _____
**Date of Birth** _____
**Institution** _____

Distribution:  Original—Nursing Supervisor
Pink—Inmate (**special housing only**-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval of the Director for Health
Services Administration.

**INMATE SICK-CALL REQUEST**
**DC4-698A (1/05)**

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 5/27/09          Time: 8:00 A.m.

Inmate Name: Craig Meore          DC#: 252244

Housing assignment: Y-105 L (administrative confinement)

Job assignment: UNASSIGNED

Problem:

☒ Pass/pass renewal — NEED DIET PASS RENEWED — 2800; CURRENT DIET MAKING ME ILL

☒ Medication renewal — HCTZ HAS RAN OUT AND NEED OTHER MEDICATE OTHER THAN THAT FOR BLOOD PRESSURE

☐ Need information (explain): _____

☒ Mental Health — CURRENTLY SUFFERING NERVOUS BREAKDOWN; IN FEAR OF MY LIFE FROM SECURITY AND AWP C. ATKINS!

☐ Dental

☒ Medical (explain): CAN I SEE ANOTHER ARNP/DOCTOR OTHER THAN H. PARKER? EXTREMELY STRESSED OUT WITH CHEST PAIN STOMACH PAIN AND READY TO SNAP. DIDN'T APPRECIATE HOW I WAS HUMILIATED BY ARNP PARKER MS. MCMILLAN NURSE SCHROEDER ABOUT MY PENDING TORT COMPLAINT AGAINST MEDICAL. NEED TO HAVE MY PSYCH MEDS RE-EVALUATING, STILL DESPERATELY NEEDS TOENAILS CUT; RACING THOUGHTS AND FEELING DELUSIONAL AND PARTHO...

When did problem/symptoms start? CHRONIC & ONGOING SINCE 2007 STRESSED OUT EXTREMELY FOR ABOUT THE LAST 4 MONTHS OR SO
→ NEED SOMETHING TO HELP!!!

Inmate Name: Craig Meore

DC#: 252244          Race/Sex B/M

Date of Birth: 5/5/59

Institution: FLA. STATE

Distribution:   Original—Nursing Supervisor
                Pink—Inmate (special housing only-otherwise destroy copy)
                This form is not to be amended, revised, or altered without approval of the Director for Health Services Administration.

**INMATE SICK-CALL REQUEST**
**DC4-698A (1/05)**

NEED TO SEE DR SCOTT *NEED

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**INMATE SICK-CALL REQUEST**

Date: 5/30/09                     Time: 8:30 A.M.

Inmate Name: MARG A. MOORE    DC#: E-252244

Housing assignment: 4-205L (WEST UNIT CONFINEMENT)

Job assignment: UNASSIGNED

Problem:

☒ Pass/pass renewal — NEED 2800 DIET PASS (OR FAT INTOLERANCE)
   CURRENT DIET AFFECTING HEART!

☒ Medication renewal — HAVEN'T RECEIVED MY HCTZ, LIP.TOR,
   ZANTAC OR NARROXEN FOR THIS MONTH (MS. MOORE); NOR ISUNBLOCK

☐ Need information (explain):

☒ Mental Health — BENADRYL + TEGRATOL ARE TOTALLY INEFFECTIVE
   CHRONIC MOOD SWINGS + DEPRESSION

☒ Dental — HAVE TOOTHACHE PAIN/PERSUENT

☒ Medical (explain): CHEST PAIN/SHORTNESS OF BREATH GETTING
   MORE SEVERE WITH BLURRED VISION AND CHRONIC HEADACHES
   2) PROTRUDING TOENAILS PAINFUL AND NEED TO BE CUT 5)
   HEMORRHOIDS ARE VERY ITCHY & DRY — LITTLE BLOOD ON TISSUE
   DURING BOWEL MOVEMENT 4) ONLY SLEEPING 2-3 HOURS
   AT NIGHT WITH STOMACH PAIN AND THROBBING SHARP
   PAIN IN ABDOMEN AFTER MEALS; 6) NEED TO BE SERIOUSLY
   RE-EVALUATED FOR DIET (FAT INTOLERANCE)

When did problem/symptoms start? CAN'T SEE
                                                      ARNP PARKER
NEED TO SEE MD "ASAP" ANYMORE,
                                                      PER ATTORNEY!

Inmate Name CRAIG ANDRA MOORE
DC# 252244        Race/Sex B/M
Date of Birth 5/5/59
Institution ACI-WEST

INMATE SICK-CALL REQUEST

DC4-698A (1/05)

Distribution:   Original—Nursing Supervisor
                Pink—Inmate (**special housing only**-otherwise
                destroy copy)
                This form is not to be amended, revised, or altered
                without approval of the Director for Health
                Services Administration.

* NOT MY FAULT THAT ACI DOESN'T HAVE 2ND OR ALTERNATE
ARNP OR MD; NEED TO GO TO RMC ASAP!

*Left margin handwritten text:* NEED TO 2 COMPLETE / O RIGHT; NEED BILL OF VOCUNTEER, ANYMORE; NEED PATIENT BILL OF OR VOCUNTEER, TO BE FORCED UNDER POLICE ORINION 2ND CAN'T ARNP POLICES CAN'T SEE MY ATTORNEY

CV
6-2-09

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**INMATE SICK-CALL REQUEST**

Date: 6/1/09     Time: 7:00 P.M.

Inmate Name: CRAIG E MOORE   DC#: 252244

Housing assignment: Y-205 L (WEST UNIT CONFINEMENT)

Job assignment: UNASSIGNED

Problem:

☒ Pass/pass renewal – LOW BUNK & SHAVING PASS RENEWED

☒ Medication renewal – WILL NEED SUNBLOCK WHEN I GO TO PRE-REFILL 5/17/09

☐ Need information (explain): _____

☒ Mental Health – SEE DR. SCOTT AND GIVE HIM A COPY OF VA MENTAL HEALTH DIAGNOSIS

☐ Dental

☒ Medical (explain): TOENAILS STILL NEED TO BE [illegible] IN THAT THEY'RE PRIVATE IN THAT I CONTINUOUSLY BUMP THEM INTO THINGS (PRI TROUBLE) NEED SOLUTION TO GET RID OF BUNDLE OF FIR WORK AND SLIGHT HEADACHES; #DSYIH MEDS NEED TO BE RE EVALUATED IN THAT CURRENT ONES DON'T EVER TRULY [illegible]

When did problem/symptoms start? _____

TOENAILS & HEADACHES

**Inmate Name** CRAIG MOORE
**DC#** 252244    **Race/Sex** B/M
**Date of Birth** 5/15/69
**Institution** [illegible]

**INMATE SICK-CALL REQUEST**
**DC4-698A (1/05)**

Distribution:  Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)
This form is not to be amended, revised, or altered without approval of the Director for Health Services Administration.

STILL DON'T GET TOENAILS CUT OR SEE PHYSICIAN THAT [illegible] AND ALSO STILL [illegible] CHANGES & PAIN

H1 Bou *NEED THE RIGHT MEDS!*

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**INMATE SICK-CALL REQUEST**

SNAP!

Date: 6/12/09                    Time: 3:40

Inmate Name: CPAI6 A. MOORE    DC#: 252244

Housing assignment: 41209-1 (D.C. CONFINEMENT) EAST UNIT

Job assignment: UNASSIGNED

Problem: "CHEST PAIN & SHORTNESS OF BREATH"

☒ Pass/pass renewal — DESPERATELY NEED TO HAVE MY 2800
OR 3600" CALORIE RENEWED IMMEDIATELY!!! FAT INTAKE
☐ Medication renewal

☒ Need information (explain): WHAT'S UP WITH MY RMC CONSULT
TO SEE THE GASTRO SPECIAUST? AM I STILL GOING
☒ Mental Health — HAVEN'T GOT BLOODWERK FOR THE TEGRATOL
IN TWO MONTHS; WANT TO BE EVALUATED FOR OTHER MEDS
☐ Dental

☒ Medical (explain): I'VE BEEN IN CONFINEMENT SINCE 5/13/09
AND NOTHING HAS BEEN DONE ABOUT CHRONIC STOMACH
PAIN OTHER THAN BEING PRESCRIBED BENTYL; WHATS UP
WITH THE CHEST X-RAY THAT I SUPPOSED TO GET WHEN
I WAS EXPOSED TO TB-GERM IN 1993 AND NOT ABLE
TO GET TB-TINE? I ONLY SIGNED A REFUSAL TO HAVE ARNP
PARKER NOT CUT MY TOENAILS, WHEN I THOUGHT TRIP TO
RMC WAS SOON, STILL WANT TOENAILS CUT. THEY'RE PAINFUL

When did problem/symptoms start?

CHRONIC & ONGOING

**Inmate Name** CRAIG A. MOORE
**DC#** 252244        **Race/Sex** B/M
**Date of Birth** 5/5/59
**Institution** ACI - EAST

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

DC4-698A (Revised 6/11/08)          Incorporated by Reference in Rule 33-402.101, F.A.C.

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number:
Team Number: O2
Institution: ACI-WEST
AWP

| TO: (Check One) | ☐ Warden ☒ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

C. ATKINS

| | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| FROM: | CRAIG A. MOORE | 252244 | 2056 | NONE | 6/5/09 |

REQUEST    INFORMAL GRIEVANCE

SINCE YOU ANSWERED MY LAST INFORMAL GRIEVANCE
CONCERNING MY REQUEST WHEN I'M SUPPOSED TO BE
GOING TO RMC TO SEE THE GASTRO-SPECIALIST, YOU TOLD
ME TO BE PATIENT WHICH I'VE MORE THAN BEEN. IN
LIGHT OF ME BEING LABELED AS A "WRIT WRITER" AND
THE LEGAL SITUATION THAT I HAVE WITH ARNP PARKER AND
MY FACTUAL "SEXUAL MISCONDUCT" CLAIM AND HOW IT'S
AFFECTED MY RAPPORT WITH THE NURSING STAFF, ARNP PARKER
FINALLY REFERRED ME TO A CONSULT TO SEE THE CARDIOLOGIST,
IN THAT I'VE HAD AND CURRENTLY HAVE PROBLEMS WITH MY
HEART IN WHICH NO ONE SEEMS TO CARE ABOUT, THE STRESS
AND ANGUISH IN THE LAST 4 MONTHS HAS CAUSED MY OVERALL
HEALTH TO WORSEN. PLEASE GET ME TO RMC. THANK YOU.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

09-06-2065

---

DO NOT WRITE BELOW THIS LINE

RESPONSE    Medical COMM    DATE RECEIVED: _____

The process has started on your Cardio Consult.

[The following pertains to informal grievances only.]

Based on the above information, your grievance is _____ Denied. (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): MCCall - SNSA | Date: 6·12·09 |
|---|---|

Distribution:    White    -Returned to Inmate
                 Canary  -Returned to Inmate

Pink  -Retained by official responding, or if the response is to an
       informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

# INMATE REQUEST

**DEPARTMENT OF CORRECTIONS**

JUN 18 2009

**(Instructions on Back)**

Mail Number: _____

Team Number: _____

Institution: ACI-EAST

| TO: (Check One) | ☐ Warden MEDICAL ☐ Asst. Warden | ☐ Classification ☐ Security | ☒ Medical ☐ Dental | ☐ Other | HEALTH ADMINISTRATO. MS. McAPIN |
|---|---|---|---|---|---|

APALACHEE C.I.

| | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| **FROM:** | CRAIG ANDRA MOORE | 252244 | 1209L | NONE | 6/14/09 |

## REQUEST

I'VE BEEN TO RMC 3 TIMES SINCE JULY '08 TO SEE THE GASTRO SPECIALIST. I'VE HAD ACUTE ABDOMINAL PAIN FOR THE PAST 19 MONTHS I'VE BEEN LOCKED UP AND HAVE BEEN IN THE INFIRMARY TWICE AND HAD TWO (2) COLONOSCOPIES @ RMC SINCE SEPTEMBER. I SIGNED A CONSULT ON MAY 4, 2009 TO GO BACK TO RMC AND SHOULD'VE BEEN THERE BY NOW. I HAVE COMPLAINTS AGAINST ARNP PARKER AND DR. SHAH, THE SPECIALIST @ RMC. I'VE REPEATEDLY ASKED ARNP PARKER TO SEND ME TO CRRC AND SEE A SPECIALIST IN THAT I RECEIVED GREAT SERVICE IN 2002 WHILE I WAS @ TOMOKA CI. UNFORTUNATELY I'M IN D.C. CONFINEMENT, BUT I'M STILL ILL AND HAVE A CONSULT TO SEE THE CARDIO ALSO. PLEASE DO YOUR BEST TO GET ME TO RMC ASAP. THANK YOU VERY MUCH!

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

---

## RESPONSE

DATE RECEIVED: _____

Both consults have been approved by UM.
RMC will schedule appointment dates
for both.

---

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | B. HINES SECRETARY SPECIALIST APALACHEE C.I. | Date: | 6/17/09 |
|---|---|---|---|

Distribution: White — Returned to Inmate    Pink — Retained by official responding, or if the response is to an
           Canary — Returned to Inmate                 informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**

# INMATE SICK-CALL REQUEST

Date: 7/16/09     Time: 8:00 A.m.

Inmate Name: CRAIG A. MOORE DC#: 252244

Housing assignment: K-2104 L (CONFINEMENT)

Job assignment: UNASSIGNED

Problem: NEED TO SEE PSY CH

☒ Pass/pass renewal - ARNP SAID IT MIGHT TAKE A WEEK TO RECEIVE MY 2200 DIET. REGULAR DIET MAKING ME ILL!

☒ Medication renewal - NONE OF MY PRESCRUBED MEDICATION (HCTZ, LIPITOR, FIBERLAB, ZANTAC, HAVE BEEN ISSUED)

☒ Need information (explain): ___

☒ Mental Health - NEED TO SEE PSYCHIATRIST!! JAD! FEELING MANIC AND PHOBIC AFTER 57 DAYS IN CONFINEMENT/NEED

☐ Dental MEDS TO BE RE-EVALUATED

☐ Medical (explain): SEEN ARNP/NURSE ON 7/8/09 IN CONFINEMEN NOT A VERY "FRIENDLY" APPOINTMENT! LEFT MY MEDICAL SITUATION ABOUT MY "DISFIGURED & PAINFUL" TOENAILS IN THE AIR? NOT RECEIVING ANYTHING FOR STOMACH PAIN BUT BENTYL - STOMACH STILL VERY PAINFUL! BOWEL HASN'T MOVED IN 5 DAYS! I SIMPLY WOULD LIKE TO SEE M.D.!

When did problem/symptoms start? ___ CHRONIC & ONGOING

**Inmate Name** CRAIG ANONA MOORE
**DC#** 252244     **Race/Sex** 05/M
**Date of Birth** 5/5/59
**Institution** SANTA-MAIN UNIT

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)
This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

DC4-698A (Revised 6/11/08)     Incorporated by Reference in Rule 33-402.101, F.A.C.

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**

# INMATE SICK-CALL REQUEST

Date: 7/31/09    Time: 7:00 A.M.

Inmate Name: Mark A. Moore   DC#: 252244

Housing assignment: Y-3101L

Job assignment: NONE

Problem: *NEED TO SEE M.D. TODAY*

☒ Pass/pass renewal — COPY OF SHAVING PASS IN MY PROPERTY

☒ Medication renewal — RE-EVALUATE HIGH BLOOD PRESSURE MEDICATION IN THAT HAVING CHRONIC HEADACHE

☒ Need information (explain): ABOUT SEEING ANOTHER GASTRO-SPECIALIST OTHER THAN PRESENT ONE

☒ Mental Health — NEED TO SEE MR. GOEHRIG AS SOON AS POSSIBLE TO HAVE SERIOUS DISCUSSION ABOUT MY

☐ Dental   MENTAL HEALTH OPTIONS

☐ Medical (explain): I WENT TO SICK-CALL WHILE I WAS
(a) RMC-MAIN ON 7/9/09 AND SPN HARRIS ADVISED ME
THAT THE PRIMARY CARE PROVIDER HERE @ ACI HAS TO
INITIATE THE CONSENT FOR TO HAVE MY CHRONIC FOOT (FEET)
PROBLEMS EVALUATED FOR CHRONIC FLAT FEET AND ACUTE
TOENAIL FUNGUS TO SEE THE PODIATRIST @ RMC, B WAS
TOLD THAT NABROXEN/MOTRIN WASN'T GOOD FOR STOMACH
PAIN WHILE I WAS @ RMC- SPECIALIST REFUSED TO ISSUE
X STILL HAVING CHEST PAINS & ABDOMINAL PAIN ON LEFT SIDE " PRN

When did problem/symptoms start? SINCE JANUARY 2008
ONGOING & CHRONIC

**Inmate Name** Mark Andra Moore

**DC#** 252244   **Race/Sex** R/M

**Date of Birth** 5/5/59

**Institution** ACI-EAST (CONFINEMENT)

* DID NEVER SEE M.D., NOR PSYCHIATRIST
BUT YET I WAS CHARGED A $5.00

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)
This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

DC4-698A (Revised 6/11/08)   Incorporated by Reference in Rule 33-402.101, F.A.C.

**INMATE REQUEST**

WL151

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: __HO__
Institution: _RMC-WEST_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☒ Other | INSPECTOR GONZALEZ |
|---|---|---|---|---|---|

| FROM: | Inmate Name CRAIG MOORE | DC Number 252244 | Quarters G-1123L | Job Assignment NONE TRANSIENT | Date 8/18/09 |
|---|---|---|---|---|---|

**REQUEST** INFORMAL GRIEVANCE

I'VE BEEN ASSIGNED @ ACI-WEST-INCE 4/3/03, AND
FROM FEBRUARY TO THE PRESENT DATE I'VE BEEN
THREATENED AND VERBALLY HARASSED BY HIGH RANKING
SECURITY STAFF AND ADMINISTRATION PERSONNEL FROM
THE REGION I DIRECTOR ON DOWN. I WAS SEXUALLY
SODOMIZED BY ARNOLD H. PARKER ON 2/27/09 WHILE I
WAS IN THE INFIRMARY, I GRIEVED IT, AND THERE'S AN ONGOING
INVESTIGATION THRU MR. PAUL DECKER'S OFFICE. I JUST
COMPLETED 90 DAYS OF P.C. TIME FOR "BOGUS" D.C. STATE
GETS WRITTEN AGAINST ME FOR RETALIATION BACK IN
MAY. I WROTE YOU A REQUEST IN JULY (WHEN I WAS IN
"K" DORM, BUT ABRUPTLY WAS RETURNED TO ACI, I
HAVE SOME INTELLIGENCE INFO, PLEASE INTERVIEW ME, THANK

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

DO NOT WRITE BELOW THIS LINE

**RESPONSE**                    DATE RECEIVED: 8/26/09

Your informal grievance has been received.
Based or the informal grievance, an investigation
informal grievance is applied in this office
has been reported to the inspector
General's Office.

[The following pertains to informal grievances only:]
Based on the above information your grievance is __Approved__. (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____    Date: _____

Distribution:   White   -Returned to Inmate    Pink -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate         informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

42 USCAS 1997e(a)
42 USCAS 1983 & 1985

INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: ACI-WEST

| TO: (Check One) | ☐ Warden | ☐ Classification | ☒ Medical | ☐ Dental | RNS |
|---|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other | JOHNSON |

| FROM: | Inmate Name CRAIG A. MOORE | DC Number 252244 | Quarters 132S | Job Assignment UNASSIGNED | Date 9/2/09 |
|---|---|---|---|---|---|

**REQUEST**  INFORMAL GRIEVANCE

NURSE BURDICK, NURSE BROWN, AND NURSE V. CAWSON HAVE ALL MADE PREJUDICIALLY DAMAGING STATEMENTS TO ME OR INDIRECTLY TO OTHER STAFF MEMBERS ABOUT MY "GRIEVANCES" AGAINST MEDICAL. NURSE MCMILLAN AND NURSE LANE HAVE ALSO BEEN GUILTY OF THIS. MY STINT IN AC/DC CONFINEMENT FROM 5/13/09-8/10/09, WAS MARKED IN ME BEING DENIED ADEQUATE AND RESPECTFUL TREATMENT BY YOUR SUBORDINATES, AND ME BEING VINDICTIVELY LEVIED MEDICAL CO-PAYMENTS FOR TRUE EMERGENCIES OF CHEST PAINS/ SHORTNESS OF BREATH AND "NON-ACTION" WITH THE SUBMISSION OF SICK CALL REQUESTS. THESE EMPLOYEES SHOULD BE REMINDED OF THEIR UNETHICAL BEHAVIOR, I NO LONGER FEEL SAFE OR ADE- QUATELY TREATED, AND WOULD LIKE THIS LOOKED INTO BY YOURSELF,

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

AND CORRECTED ACCORDINGLY. THANK YOU VERY MUCH!

DO NOT WRITE BELOW THIS LINE

09-09-3418

**RESPONSE**                                      DATE RECEIVED: 9-3-09

~~YOUR ALLEGATIONS ARE BEING FORWARDED FOR
REVIEW. CONSIDER ONLY REVIEW OF YOUR
ALLEGATIONS AS BEING APPROVED.~~

[The following pertains to informal grievances only:

Based on the above information, your grievance is ___APPROVED___ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): Dayle Smith | Date: 9-3-09 |
|---|---|

Distribution:   White   Returned to Inmate   Pink   -Retained by official responding, or if the response is to an

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: ACI - WEST

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☒ Medical ☐ Mental Health | ☐ Dental ☐ Other | CHIEF HEALTH OFFICER DR. ARUNUKUC |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
| | Chris A. Moore | 555-4 | 155 | Houseman | 9/3/09 |

**REQUEST** INFORMAL GRIEVANCE

ARNP PARKER HAS BEEN MY PRIMARY CARE PROVIDER
SINCE I ARRIVED HERE ON 4/3/08. I HAVE WHAT I
BELIEVE IS EITHER CROHN'S, DIVERTICULITIS OR POSSIBLY
HEPATITIS C, IN WHICH ARNP PARKER AND THE CASTRO
URONOLOGIST @ RMC, DR. SAURANO SMITH, HAVE BOTH FAILED
TO ACCURATELY AND CONCLUSIVELY DIAGNOSIS AFTER FIVE
(5) TRIES TO DO, IN WHICH I RECENTLY RETURNED
FROM RMC ON 9/1/09 AFTER A CAT-SCAN ON 8/24/09
AND NO REPORTS OF IT BY THE RADIOLOGIST. I HAVE A
SEXUAL MISCONDUCT AGAINST ARNP PARKER, AND NOTICES
OF INTENT TO SUE AGAINST PARKER AND DR. SAURANO
THAT, I'M GRAVELY ILL AND HAVEN'T SEEN A DOCTOR SINCE
7/14/09. I NEED AND ASK NICELY TO SEE A DOCTOR, THANKS!

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

09-09-38 44

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                               DATE RECEIVED: 9-8-09

You were seen by a clinician on 7-16-09 @ RMC
and on 8-14-09 at ACI-WU.
You have appointment scheduled to
discuss your lab tests. However, sick
Call is available if you need to be
seen prior to your scheduled appointment.

GLYNDA EDWARDS, SRN RNS
~~RIVER JUNCTION WORK CAMP~~
ACI-WU

| The following pertains to informal grievances only: | |
| Based on the above information, your grievance is | Denied (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C. |
| Official (Signature): G Edwards RNS | Date: 07-08-09 |

Distribution: White  -Returned to Inmate
              Canary -Returned to Inmate

Pink  -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

**INMATE REQUEST**

DEPARTMENT OF CORRECTIONS

Mail Number: _____

Team Number: _____

Institution: _ACI/WEST_

(Instructions on Back)

TO: (Check One)
☐ Warden  ☐ Asst. Warden  ☐ Classification  ☐ Security  ☒ Medical  ☐ Mental Health  ☐ Dental  ☐ Other _CHIEF HEALTH OFFICER DR. ARUNAKUL_

FROM:

| Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|
| CRAIG ANDRA MOORE | 352344 | 1558 | HOUSEMAN | 11/6/09 |

**REQUEST** _INFORMAL GRIEVANCE_   Check here if this is an informal grievance ☒

FROM JULY 2008 UP UNTIL AND INCLUDING 11/3/09, I'VE RELUCTANTLY BEEN TO RMC VIA ACI TO SEE GASTRO-SPECIALIST DR. GAURANG SHAH FOR ACUTE AND SEVERE DIGESTIVE PROBLEMS. ARNP H. PARKER HAS BEEN EXTREMELY DEFICIENT AND INCONSIDERATE IN MERELY SENDING ME TO RMC AND NOT REALLY LISTENING TO ME, I CURRENTLY HAVE AN IMPENDING CIVIL RIGHTS COMPLAINT CONCERNING SEXUAL MISGONDUCT, WHICH SIMPLY MAKES IT AN ACTIVE "CONFLICT-OF-INTEREST" BETWEEN MY DUE PROCESS RIGHTS, MEDICAL TREATMENT, AND ARNP H. PARKER. I NEED TO HAVE A ONE-ON-ONE INTERVIEW WITH YOU CONCERNING MY CHRONIC DIGESTIVE ISSUES/PROBLEMS, AND TO HAVE YOU MAKE THE DECISION TO HAVE ME HAVE A 2ND OPINION ON MY PROBLEM. I SHOULDN'T EVEN BE HERE @ THE WEST UNIT IN REGARDING TO A PENDING COMPLAINT ABOUT THE FLORIDA DEPARTMENT OF HEALTH AS

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

OF 9/18/09. I'M STILL CHRONICALLY ILL, AND NEED TO SEE YOU".!

DO NOT WRITE BELOW THIS LINE

09-11-4924

**RESPONSE**   DATE RECEIVED: _11-9-09_

it will be no problem to see me and discuss your problem one on one. This can be arranged.

Thank you

Arunakul

11/12/09

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Denied_. (Returned, Denied, or Approved). If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____   Date: _____

Original: Inmate (plus one copy)

CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**

# INMATE SICK-CALL REQUEST

Date: _11/6/09_                    Time: _0800_

Inmate Name: _CRAIG A. MOORE_ DC#: _312344_

Housing assignment: _F1-155S_

Job assignment: _HOUSMAN/A.M._

Problem: _ATTN: DR. ARUNAKUL_

☐ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain): _____

☐ Mental Health

☐ Dental

☒ Medical (explain): _PER THIRD PARTY ADVICE, I'M ASKING_
_TO HAVE AN INTERVIEW/CONSULT WITH YOU REGARD-_
_ING MY CHRONIC DIGESTIVE PROBLEM IN WHICH_
_RMC/GASTRO SPECIALIST DR. GAURANG SHAH_
_HAS BEEN UNABLE TO EFFECTIVELY DIAGNOSE/TREAT_
_IN SIX VISITS TO RMC FROM JULY 2008 TO THE PRESENT_
_DATE AND THAT I'VE "REFUSED" TO FURTHER SEE AT ALL_
_IN OCTOBER 2009. I NEED TO SEE "YOU!"_

When did problem/symptoms start? _____
_ONGOING, PAINFUL, AND CHRONIC_
_SINCE NOVEMBER 2007_

**Inmate Name** _CRAIG A. MOORE_
**DC#** _312344_        **Race/Sex** _B/M_
**Date of Birth** _5/5/59_
**Institution** _ACI - WEST_

Distribution: Original—Nursing Supervisor
Pink—Inmate (**special housing only**-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

DC4-698A (Revised 6/11/08)          Incorporated l          Rule 33-402.101, F.A.C.

# INMATE REQUEST

(Instructions on Back)

Institution: ___ACI/WEST___

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☒ Medical ☐ Mental Health | ☐ Dental ☒ Other | ARNP H. PARKER |

| FROM: | Inmate Name CRAIG ANDRA MOORE | DC Number 272244 | Quarters 155 | Job Assignment HOUSEMAN | Date 11/9/09 |

**REQUEST** _INFORMAL GRIEVANCE_    Check here if this is an informal grievance ☐

PLEASE BE ADVISED OF THE 2/27/09 INCIDENT IN WHICH
I FEEL LIKE YOU "VIOLATED" MY CIVIL RIGHTS OF DUE
PROCESS AND EQUAL PROTECTION BY FORCING ME INVOLUNTARILY
INTO AN ANAL EXAM WITHOUT MY FULL CONSENT IN FRONT OF
FOUR (4) OTHER INMATES AND CO FLEMING IN THE INFIRMARY
WAS EXTREMELY DEMEANING, UNETHICAL, TERRIBLE BEDSIDE MANNER,
AND POSSIBLY CRIMINAL. THEN ON 5/23/09 YOU TRIED TO MAKE
ME LOOK LIKE THE "BAD GUY" IN FRONT OF YOUR NURSING
STAFF, BE ADVISED THAT IT'S MY INTENT TO FILE A FORMAL COM-
LAINT WITH THE HEALTH DEPARTMENT, SUBMIT A SWORN AFFADAVIT
TO THE STATE ATTORNEYS OFFICE IN JACKSON COUNTY FOR POS-
IBLE CRIMINAL SANCTIONS AND FILE A FORMAL CIVIL RIGHTS COM-
PLAINT IN FEDERAL COURT AGAINST YOU IN THE NEXT 30 DAYS.

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

_I'VE BEEN EMOTIONALLY AND MENTALLY INJURED BECAUSE OF THIS!_

DO NOT WRITE BELOW THIS LINE                    09-11-   4525

**RESPONSE**                          DATE RECEIVED: ___11-9-09___

You are providing information that you intend
to file a formal grievance & this is not considered
an informal grievance. Therefore this is being returned
without action.

[The following pertains to informal grievances only:
Based on the above information, your grievance is _Returned_ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): _Gayle Smith_ | Date: _11-9-09_ |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: _11/15/09_     Time: _C800 HRS_

Inmate Name: _Craig A. Moore_     DC#: _J3344_

Housing assignment: _D1-143S_

Job assignment: _UNASSIGNED_

Problem:

☐ Pass/pass renewal

☐ Medication renewal

☒ Need information (explain): *NEED AN APPOINTMENT TO SEE DR. FRUNIKAL ABOUT POSSIBLE "GTH GASTRO CONSULT BACK TO RMC

☐ Mental Health

☐ Dental

☒ Medical (explain): NEED A CHART REVIEW OF ALL MY RECENTLY ASSIGNED "SINGLE DOSE MEDICATIONS" TO BE GIVEN TO ME KOP EXCEPT THE REMERON VECTUSE 800 MG IBUPROFEN BABY ASPIRIN BENTYL/DICYCLOMINE SIMVASTATIN (CRESTOR) NAPROXEN, SUNSCREEN, HIGH BLOOD PRESSURE MEDICATION PREBENTICS AND ANY OTHER MEDICATION IN MY MEDICAL CHART THAT'S KOP. NEED MY BACK TREATMENT/MANAGEMENT

When did problem/symptoms start? *WENT TO A/C CON- REFERENCE INMATES FROM WEST UNIT ON 11/13/09 AND MY "NEW" MEDICAL IS MISSING FROM THE ENTRY. NEED THESE 13 INDICES REPLACED AS SOON AS IS CONVENIENT. THANK YOU!

Inmate Name _Craig A. Moore_

DC# _J3344_   Race/Sex _B/M_

Date of Birth _5/5/61 8/23/61?_

Institution _ACCI/FSP_

Distribution: Original—Nursing Supervisor
Pink—Inmate (**special housing only**-otherwise destroy copy)
This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

DC4-698A (Revised 6/11/08)     Incorporated by Reference in Rule 33-402.101, F.A.C.

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _APACI/EAST_
AWO

TO: (Check One)
☐ Warden
☑ Asst. Warden
☐ Classification
☐ Security
☐ Medical
☐ Dental
☐ Other
MR. J. BARFIELD

FROM:
Inmate Name: CRAIG ANDRA MOORE
DC Number: 522244
Quarters: V1-143B
Job Assignment: UNASSIGNED
Date: 11/20/09

**REQUEST** INFORMAL GRIEVANCE

UPON MY RETURN FROM RMC ON 4/3/09, ARNP H. PARKER HAD ME SCHEDULED FOR A FOLLOW-UP TO SEE HIM. WHEN I DID SEE HIM, HE IMMEDIATELY MENTIONED THE SEXUAL MISCONDUCT INCIDENT THAT INITIALLY HAPPENED BACK IN FEBRUARY. I AGAIN WARNED HIM THAT IT WASN'T PROPER TO CONTINUE TO TALK ABOUT IT. HE STILL INSISTED. I'M MORE THAN SURE THAT THIS WAS THE REASON CLASSIFICATION/SECURITY HAD ME "TRANSFERRED" FROM APACI/WEST ON 11/13/09. ON 11/18/09, CPT DAFFIN THREATENED TO LOCK ME UP AND GIVE ME A D.R. WHEN I SIMPLY TRIED TO TELL HIM THAT ARNP H. PARKER HAD VINDICTIVELY MADE ALL OF MY K.O.P. MEDS INTO SINGLE DOSE, AS AN INCONVENIENCE TO ME. RETALIATION & REPRISALS ARE SERIOUS ALLEGATIONS IN WHICH I WILL DILIGENTLY PURSUE TO THE FULLEST EXTENT

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing. OF THE LAW, PLEASE INTERVIEW ME!,

DO NOT WRITE BELOW THIS LINE

09-11-4714

**RESPONSE**

DATE RECEIVED: 11-20-09

~~YOUR ALLEGATIONS ARE BEING FORWARDED FOR REVIEW. CONSIDER ONLY REVIEW OF YOUR ALLEGATIONS AS BEING APPROVED.~~

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Approved_ (Returned, Denied, or Approved) If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _Gale Smith_   Date: 11-20-09

Distribution:   White   -Returned to Inmate   Pink   -Retained by official responding, or if the response is to an
Canary   -Returned to Inmate   informal grievance then forward to be placed in inmate's file.

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: APACI/EAST

| TO: (Check One) | ☒ Warden | ☐ Classification | ☐ Medical | ☐ Other WARDEN |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Dental | JOHN PALMER |

| FROM: | Inmate Name MARC A. MOORE | DC Number J52244 | Quarters 143S | Job Assignment UNASSIGNED | Date 11/22/09 |
|---|---|---|---|---|---|

**REQUEST** INFORMAL GRIEVANCE

ON EITHER 11/10/09 OR 11/11/09 I SAW ARNP PARKER @ APACI/WEST FOR A FOLLOW-UP ON MY ALREADY REFUSED GASTRO-CONSULT. HE AGAIN MENTIONED ABOUT HOW I HAD "LIED" ABOUT MY INVOLUNTARY SODOMY/SEXUAL MISCONDUCT ALLEGATION ON 9/27/09 IN THE INFIRMARY. THE NEXT DAY, 11/12/09, I WAS RESTRAINED ON THE V? AND CAPTAIN SILCOX TOLD ME THAT I WAS BEING TRANSFERRED HERE TO THE EAST UNIT. ALL MY "KOP" MEDICATIONS WERE TAKEN BY SECURITY AND I WAS LOCKED UP OVERNIGHT AND PLACED IN GENERAL POPULATION ON 11/13/09. ON 11/15/09 I FILLED OUT A SICK CALL SLIP TO GET ALL MY KOP MEDS RETURNED ON 11/18/09 CMTC DAVIN "THREATENED" ME WITH A D.R. FOR WHAT OR WHY PARKER HAD VINDICTIVELY TURNED ALL OF MY K.O.P. MED INTO SINGLE DOSE. ON 11/20/09 NURSE BRIDGEON AND DR. ARUNAKUL BOTH REFUSED TO ISSUE MY

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

LONGTIME K.O.P. MEDS, RETALIATION & REPRISAL WITHOUT A DOUBT. HAVE TO CONTACT THE REGIONAL INSPECTOR!

**DO NOT WRITE BELOW THIS LINE** 09-11-4802

**RESPONSE**      DATE RECEIVED: 11/24/09

Your allegations of Staff misconduct
will be reviewed. Consider only the
review of the allegations as being reviewed.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved) If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _Hopkins_    Date: 11/24/09

Distribution:   White   -Returned to Inmate     Pink   -Retained by official responding, or if the response is to an
              Canary   -Returned to Inmate             informal grievance then forward to be placed in inmate's file.

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: APPCI/EAST

| TO: (Check One) | ☐ Warden | ☐ Classification | ☒ Medical | ☐ Dental CHO/HEALTH |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other ADMINISTRATOR |

| FROM: | Inmate Name CRAIG A. MOORE | DC Number 202244 | Quarters K/109C | Job Assignment UNASSIGNED | Date 11/23/09 |
|---|---|---|---|---|---|

**REQUEST** INFORMAL GRIEVANCE

PURSUANT TO ESTELLE-V-GAMBLE 429 U.S. 97 / 103 (1976), WITH SIX TRIES TO PMC WITH NO TRUE DIAGNOSIS OF MY DIGESTIVE/ABDOMINAL PAIN AND DISCOMFORT MY CIVIL/CONSTITUTIONAL RIGHT TO MEDICAL CARE HAS BEEN CONSISTENTLY AND CONTINUOUSLY VIOLATED. APNP H. PARKER, CMTC DAGGN AND CHO ARUNAKUL HAVE ALL DEPRIVED ME OF ANY FOLLOW-UP TREATMENT IN THE LAST TWO (2) WEEKS BY REFUSING TO EVEN LET ME AT LEAST VOICE MY MEDICAL NEEDS AND/OR CONCERNS. THIS DELIBERATE INDIFFERENCE HAS ME IN A LEGAL STANCE TO REDRESS MY CONCERNS IN EITHER STATE OR FEDERAL COURT UNDER THE FLORIDA TORT CLAIMS ACT. APPROXIMATELY SIXTEEN MONTHS AND SIX TRIES TO PMC LATER, NOTHING HAS BEEN DIAGNOSED. I'M MORE THAN TIRED OF BEING

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

TREATED DISRESPECTFULLY, PLEASE REFER ME TO GASTRO! THANK YOU!

**DO NOT WRITE BELOW THIS LINE** 09-11-4804

**RESPONSE** DATE RECEIVED: 11/24/09

Your allegations of staff misconduct will be reviewed. Consider only the review of the allegation as being approved.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____ Date: 11/24/09

Distribution: White -Returned to Inmate Pink -Retained by official responding, or if the response is to an
Canary -Returned to Inmate informal grievance then forward to be placed in inmate's file.
DC6-236 (Revised 8/07)

**INMATE REQUEST**

DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: _APCI / EAST MR._

(Instructions on Back)

| TO: (Check One) | ☒ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other JOHN PALMER |
|---|---|---|---|---|

| FROM: | Inmate Name CRAIG A. MOORE | DC Number 222344 | Quarter 2/ 1092 | Job Assignment UNASSIGNED | Date 11/29/09 |
|---|---|---|---|---|---|

REQUEST _IN FORMAL GRIEVANCE_    Check here if this is an informal grievance ☒

THE EMOTIONAL / MENTAL INJURY FROM THE INTENTIONAL IN-
FLICTION OF EMOTIONAL DISTRESS AND ANXIETY THAT I'VE
BEEN INVOLUNTARILY SUBJECTED TO SINCE THE 2/27/09 INCIDENT
IN WHICH I WAS RELUCTANTLY INVOLUNTARILY "DOOMED"
BY ARNP H. PACKER, EVEN THOUGH IT WAS "SUPPOSED" TO
BE AN INITIAL MEDICAL EXAM, IT AMOUNTED TO SEXUAL
MISCONDUCT BY A STATE EMPLOYEE PURSUANT TO F.S.
951.221(?), F.S 944.35 AND F.S.S 766.102(?). THE OFFICE OF
THE INSPECTOR GENERAL AND YOUR ADMINISTRATION/SECURITY
STAFF HAVE BEEN SIMPLY "NONCHALANT" AND DISINTERESTED TO
HAVE NO OTHER CHOICE TO PURSUE CRIMINAL CHARGES AGAINS,
ARNP H. PACKER, AND CIVIL DAMAGES IN EITHER STATE/FEDERAL
COURT. MY RIGHTS HAVE BEEN VIOLATED, I MUST REDRESS N

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

THE COURTS. THANK YOU !    09-11- 4865

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**    DATE RECEIVED: _11-30-05_

The grievance process is one designed to

inform the administration of your intentions.

If you have exchanged your administrative remedy

you are free to pursue litagation !

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: 6/1/09 |
|---|---|

Original: Inmate (plus one copy)

CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.



# FLORIDA DEPARTMENT OF CORRECTIONS

*OFFICE OF THE INSPECTOR GENERAL*

Charlie Crist
*Governor*

Walter A. McNeil
*Secretary*

Gene Hatcher
*Inspector General*

Walton C. Murphree, Jr.
*Deputy Inspector General*

---

An Equal Opportunity Employer            2601 Blair Stone Road * Tallahassee, FL 32399-2500            http://www.dc.state.fl.us

December 31, 2009

Craig Moore, 252244
Apalachee Correctional Institution
35 Apalachee Drive
Sneads, Florida 32460

Dear Inmate Moore:

This office received your letter of complaint December 15. It has been forwarded to the proper
Regional Inspector Supervisor for review and any action deemed appropriate.

Sincerely,

*Office of the Inspector General*



**LEGAL MAIL**

NATURE q SENSITIVE
NATURE

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS    0906-102-

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

W/u Y2105

TO: ☒ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: MOORE, CRAIG ANDRA    252244    APALACHEE CI-W.
      Last    First    Middle Initial    Number    Institution

Part A – Inmate Grievance

EVERYTIME I HAVE A BOWEL MOVEMENT, I FIGHT SMALL
AMOUNTS OF BLOOD WHEN I WIPE. I'VE BEEN TO RMC
(ON THREE (3) TIMES SINCE JULY '08 TO SEE THE GASTRO
SPECIALIST. I'VE HAD MY CONSULT IN SINCE 5/7/09 TO SEE
THE GASTRO, BUT HAVEN'T BEEN TO RMC. ARNP PARKER CAN
ISSUE ANY NARCOTIC MEDS TO EASE THE ACUTE ABDOMINAL
PAIN THAT I'VE SUFFERED THROUGH FOR THE PAST 18'1/2
MONTHS SINCE I WAS FASTERED THREE TIMES BY ST. PETE
POLICE, I HAVE A NOTICE OF INTENT TO SUE AGAINST
ARNP PARKER AND ONE FORTHCOMING AGAINST NURSE
McMILLAN FOR VARIOUS MEDICAL INDISCRETIONS ON 5/26/09,
ARNP PARKER SUMMONED ME TO MEDICAL FROM CONFINEMENT
TO WHAT I THOUGHT WAS A MEDICAL EXAMINATION, IN TURN, IT WA
A "COMICAL" CHANCE FOR HIM TO ARGUE HIS CASE IN WHILE HE
DIDN'T "SODOMIZE/MANUALLY PENETRATE" MY RECTUM ON 5/7,
WITHOUT MY TOTAL PERMISSION AND RELUCTANTLY, WHICH AMOUNTS
TO SEXUAL MISCONDUCT PURSUANT TO F.S.$944.35 AND THE
MEDICAL DIRECTIVES, I HAVE NO CHOICE BUT TO FILE MY 42USC
$1983 AND $1985 CIVIL RIGHTS COMPLAINTS AGAINST ARNP
H. PARKER FOR NOT JUST ONLY THE SEXUAL MIS CONDUCT ON
2/7/09, BUT OTHER SITUATIONS WHERE HE'S ABUSED HIS DISCRE
TION, THERE ISN'T EVEN A COMPETENT MD/PHYSICIAN AT THIS
INSTITUTION, I'M ON THE BRINK OF A BREAKDOWN ABOUT MY CHRONI
MEDICAL CONDITIONS PLEASE GET ME TO RMC THIS WEEK! CAN I
GET AN INTERVIEW? NOTHING ELSE IS WORKING, THANK YOU!

6/2/09                              Craig L. Moore, # 252244.
DATE                              SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: Q / Craig L. Moore
                                                                    #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason for the Secretary or his designated representative feels that the reason supplied is not adequate, the grievanc will be returned to the inmate for processing at the institutional level.

Mailed 6/22/09

JUN 04 2009          Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log # 0906-102-048   MC
ACI WARDEN'S OFFICE                                              (Received By)

DISTRIBUTION:  INSTITUTION/FACILITY          CENTRAL OFFICE
               INMATE (2 Copies)             INMATE
               INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
               INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                             CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| MOORE, CRAIG | 252244 | 0906-102-048 | APALACHEE EAST UNIT | Q1209L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your Request for Administrative Remedy or Appeal has been reviewed and evaluated. Your follow up with the
gastroenterologist is scheduled at RMC. You will be going there in the near future.

Grievance Denied.

Should you feel your grievance has not been satisfactorily resolved at the institutional level, you may submit an appeal to
the Office of the Secretary, Bureau of Inmate Grievances, 2601 Blairstone Road, Tallahassee, Florida 32399-2500 within
15 calendar days of this institutional response using the Request for Administrative Remedy or Appeal Form.

| (ARUNAKUL) | JOHN PALMER | 6/10/09 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

*8TH AMENDMENT*
*& UNUSUAL PUNISHMENT*
*IMPLICATIONS*

*QN2*
*24N21665*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☒ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From: __MOORE, CRAIG ANDRA__  __252244__  __APALACHEE/EAST__

Last    First    Middle Initial    Number    Institution

---

### Part A – Inmate Grievance

SINCE 11/03/09 WHEN I RETURNED FROM RMC/WEST-
AFTER SEVEN (7) WEEKS THERE IN WHICH I WAS
THROWN IN CONFINEMENT INVOLUNTARILY PLACED
IN THE F.O.S. CELL AND PLACED UNDER INVESTIGATION
@ RMC/MAIN ON 10/26/09 BY CAPTAIN AND THE
PROPERTY SGT. SGT. DEAN @ RMC FOR RETALIAT-
ION OF ME VOICING MY 1ST AMENDMENT RIGHT TO
FREEDOM OF SPEECH. AFTER 6 TRIPS TO RMC
SINCE JULY 2008 WITHOUT NO DEFINITE DIAG-
NOVS OF MY CHRONIC CONSTIPATION/ ABDOMINAL
PAIN/BLOOD IN STOOL SINCE I WAS "TASERED"
BY ST. PETERSBURG POLICE DEPARTMENT ON 11/5/06
WHICH HAS IN FACT CAUSED ME PERSONAL INJURY
AND AN INTENTIONAL INFLICTION OF EMOTIONAL
DISTRESS AND AGGRAVATION OF AN ALREADY MENTAL
DEFICIENT/IMPAIRMENT I DESPERATELY AM SEEKING
A SECOND OPINION OF MY DIGESTIVE/PAIN ISSUE
AND RETURNING TO RMC AMID ALL THE TURMOIL
THAT I'VE BEEN SUBJECTED TO SINCE MY LAST
STAY FROM 9/15/09 - 11/3/09 I'M IN FACT ENTI-
TLED TO A SECOND MEDICAL OPINION, BUT SECURITY
THERE @ RMC HAS CONTINUED TO THREATEN ME
AND DISCARD OR HAVE MY PERSONAL PROPERTY STO-
LEN. I NEED AND ULTIMATELY DEMAND A SECOND
OPINION BY ANOTHER GASTRO-SPECIALIST. I HAVE CONSTITU-
TIONALLY PROTECTED
CIVIL RIGHTS.

__12/17/09__
DATE

__Craig A. Moore D.C.#252244__
SIGNATURE OF GRIEVANT AND D.C. #

---

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** __Ø__  __Craig A. Moore__

# / Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

DEC 1 8 2009

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____
(Date)
ACI WARDEN'S OFFICE

Institutional Mailing Log #: __0912-102-123__

__MC__
(Received By)

__Mailed 1/7/10__

DISTRIBUTION:
INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| MOORE, CRAIG | 252244 | 0912-102-123 | APALACHEE EAST UNIT | N2166S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your Request for Administrative Remedy or Appeal has been reviewed and evaluated. You will have to go to RMC to see the gastro doctor, which would have to be scheduled. Sick call is available.

Grievance Denied.

Should you feel your grievance has not been satisfactorily resolved at the institutional level, you may submit an appeal to the Office of the Secretary, Bureau of Inmate Grievances, 2601 Blairstone Road, Tallahassee, Florida 32399-2500 within 15 calendar days of this institutional response using the Request for Administrative Remedy or Appeal Form.

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding





**LEGAL MAIL**

OFFICE OF
SERVICES

DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

M.R. GEORGE
RECEIVED

TO: ☐ Warden  ☐ Assistant Warden  ☒ Secretary, Florida Department of Corrections AUG 13 2009

From: MOORE, CRAIG ANDRA     052244     APAC     DEPARTMENT OF CORRECTIONS
                                                    INMATE GRIEVANCES

Last    First    Middle Initial     Number     Institution

Part A – Inmate Grievance     09-6-25618

I'M ENCLOSING NOTICE(S) OF INTENT THAT HAVE ALREADY
BEEN FILED WITH THE DEPARTMENT OF INSURANCE/DIVISION
OF RISK MANAGEMENT AGAINST THE PRIMARY CARE
PROVIDER @ ACI-WEST, ARNP H. PARKER WHO HAS
COMMITTED SEXUAL MISCONDUCT AGAINST ME ON 2/27/09
AND AN HIPPA/BREACH OF CONFIDENTIALITY ALONG WITH
AN INCIDENT OF HARASSMENT/RIDICULE ON 5/26/09 IN MEDICAL
@ ACI-WEST, THIS CLAIM/TORT WILL BE PURSUED WITH
DILIGENCE IN THAT ALL OF THE HARM THAT HAS BEEN DONE
AGAINST ME, LET ALONG THE, ADMINISTRATION CLASSIFICATION,
AND SECURITY STAFF ALLOWING ME TO REMAIN HERE @ ACI
WHILE THE INSPECTOR GENERAL, MR. PAUL DECKER, INVE-
STIGATES FROM 7/17/08 - 7/15/09, THE QUALITY MANAGEMENT/
MEDICAL DEPARTMENT @ RMC HAS ASSIGNED A STATE
CONTRACTED GPSTRO SPECIALIST, DR. GOLDBANG SOHM, WHO
HAS FAILED TO TIMELY AND ADEQUATELY DIAGNOSE AN ACUTELY
CHRONIC DIGESTIVE/BOWEL DISORDER AFTER TWO(2) COLONOS-
COPIES, AN ENDOSCOPY, A DINOGRAM AND AN ABDOMINAL
X-RAY AND SEVERAL ORAL CONSULTATIONS WITH ME DURING
THIS TIME, THE QUALITY MANAGEMENT/MEDICAL DEPARTMENT
HAS OUTRIGHT REFUSED TO LET ME GET A SECOND OPINION
FROM ANOTHER STATE CONTRACTED SPECIALIST, WHICH I MORE
THAN BELIEVE IS A CIVIL/DUE PROCESS/EQUAL PROTECTION RIGHT
UNDER THE LAW, NEITHER ACI OR RMC IS MEDICALLY/LEGALLY
APPROXIMATELY FOR ME TO RECEIVE CARE FROM NOW. PLEASE INTERVENE

8/10/09
DATE

SEE ATTACHED
RESPONSE

SIGNATURE OF GRIEVANT AND D.C. #
052244

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:  0 /
#     Signature

## INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on:_____     Institutional Mailing Log #:_____

(Date)                                          (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY          CENTRAL OFFICE
                 INMATE (2 Copies)             INMATE                                    IDL (IUD)
                 INMATE'S FILE                 INMATE'S FILE - INSTITUTION /FACILITY
                 INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE              ARNP H. Parker
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

WITH AGENCY CLERK

AUG 2 4 2009

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| MOORE, CRAIG | 252244 | 09-6-25618 | APALACHEE WEST UNIT | F1136S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated. The subject of your grievance is currently being reviewed by the investigative section of the Office of the Inspector General. A copy of your complaint will be forwarded to that section to be included as a part of the current review. Upon completion of this review, information will be provided to appropriate administrators for final determination and handling.

Your issues regarding inadequate medical treatment and violation of HIPPA are separate issues and should be grieved as such, also, being initiated at the appropriate level.

As this process was initiated prior to the receipt of your grievance, your request for action by this office is denied.

C. Neel

_C. Neel_                                                    08/20/09

SIGNATURE AND TYPED OR PRINTED NAME                 SIGNATURE OF WARDEN, ASST. WARDEN, OR          DATE
OF EMPLOYEE RESPONDING                              SECRETARY'S REPRESENTATIVE

COPY DISTRIBUTION -INSTITUTION / FACILITY          COPY DISTRIBUTION - CENTRAL OFFICE

(2 Copies) Inmate                                   (1 Copy) Inmate

(1 Copy) Inmate's File                              (1 Copy) Inmate's File - Inst./Facility

(1 Copy) Retained by Official Responding            (1 Copy) C.O. Inmate File

                                                    (1 Copy) Retained by Official Responding

MAILED/FILED
WITH AGENCY CLERK

DEC 2 2 2009

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| MOORE, CRAIG | 252244 | 09-6-40021 | APALACHEE EAST UNIT | N2166S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

This grievance is not accepted as a grievance of an emergency nature by Health Services, Central Office, Tallahassee.

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your appeal at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that appeal, nor have you provided a valid or acceptable reason for not following the rules.

You were previously instructed to file your medical issues with the Chief Health Officer at the formal level at the institution.

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date stamped in upper left corner) to resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure. Attach a copy of this response to your re-filed grievance.

Based on the foregoing information, your grievance is returned without action.

C. Greene

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

CRAIG ANDRA MOORE, D.C. #J2244, N2-166S

APALACHEE CORRECTIONAL INSTITUTION, E/U

35 APALACHEE DRIVE

SNEADS, FLORIDA 32460

(800) 718-0497

MA
STATE
IN

UNITED STATES

NORTHERN DISTI

PANAMA CITY DIV

CLERK OF THE C

U.S. FEDERAL COU

30 W. GOVERMEN

PANAMA CITY, F

LEGAL MAIL
INDIGENT